No. 26-1107

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

STATE OF MICHIGAN; STATE OF OREGON; STATE OF ARIZONA; STATE OF COLORADO; STATE OF HAWAI'I; OFFICE OF THE GOVERNOR ex rel. ANDY BESHEAR, in his official capacity as Governor of the Commonwealth of Kentucky; STATE OF MAINE; STATE OF MARYLAND; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NORTH CAROLINA; STATE OF WISCONSIN,

*Plaintiffs-Appellees,*

v.

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security, in his official capacity*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY KAREN S. EVANS, *Senior Official Performing the Duties of FEMA Administrator, in her official capacity*; FEDERAL EMERGENCY MANAGEMENT AGENCY,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Oregon

## JOINT STIPULATION OF DISMISSAL

All parties to this appeal—*i.e.,* plaintiffs-appellees Michigan, Oregon, Arizona, Colorado, Hawai'i, Office of the Governor ex rel. Andy Beshear, in his official capacity as Governor of Kentucky, Maine, Maryland, Nevada, New Mexico, North Carolina, and Wisconsin and defendants-appellants, the United States Department of Homeland Security and Federal Emergency Management Agency and officials

1

therewith in their official capacities—hereby stipulate and agree that this appeal shall be voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b)(1), and that each party shall bear its own attorneys' fees and costs.

May 2026

BRETT A. SHUMATE
*Assistant Attorney General*

DANIEL TENNY

*s/ Douglas C. Dreier*
DOUGLAS C. DREIER
*Attorneys, Appellate Staff*
*Civil Division, Room 7264*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-4452*
*douglas.c.dreier@usdoj.gov*

DANA NESSEL
Attorney General of Michigan

By: *s/ Neil Giovanatti*
NEIL GIOVANATTI (P82305)
ADAM R. DE BEAR (P80242)
DANIEL J. PING (P81482)
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
deBearA@michigan.gov
PingD@michigan.gov

*Attorneys for the State of Michigan*

DAN RAYFIELD
Attorney General for State of Oregon

*s/ Robert A. Koch*
ROBERT A. KOCH
Attorney-in-Charge
Civil & Administrative Appeals
Oregon Department of Justice
1162 Court Street, NE
Salem, OR 97301
(503) 378-4402
Robert.A.Koch@doj.oregon.gov

*Attorney for Plaintiff State of Oregon*

2

KRISTIN K. MAYES
Attorney General of Arizona

By: *s/ Joshua G. Nomkin*
JOSHUA G. NOMKIN
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Joshua.Nomkin@azag.gov

*Attorney for the State of Arizona*

ANNE E. LOPEZ
Attorney General for the State of
Hawai'i

By: *s/ Kaliko'onālani D. Fernandes*
DAVID D. DAY
Special Assistant to the Attorney
General
KALIKO'ONĀLANI D.
FERNANDES
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaii*

AARON M. FREY
Attorney General for the State of
Maine

By: *s/ John E. Belisle*
JOHN E. BELISLE
Assistant Attorney General
Office of Maine Attorney General
6 State House Station
Augusta, Maine 04333-006
(207) 626-8800
john.belisle@maine.gov

*Attorney for the State of Maine*

PHILIP J. WEISER
Attorney General for the State of
Colorado

By: *s/ David Moskowitz*
DAVID MOSKOWITZ
Deputy Solicitor General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

*Attorney for the State of Colorado*

S. TRAVIS MAYO
General Counsel Office of the Governor
of Kentucky

By: *s/ S. Travis Mayo*
S. TRAVIS MAYO
General Counsel
LAURA C. TIPTON
Deputy General Counsel
Office of the Governor
501 High Street
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
laurac.tipton@ky.gov

*Attorneys for Plaintiff Office of the Governor
ex rel. Andy Beshear, in his official capacity as
Governor of the Commonwealth of Kentucky*

ANTHONY G. BROWN
Attorney General for the State of
Maryland

By: *s/ James C. Luh*
JAMES C. LUH
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6411
jluh@oag.maryland.gov

*Attorney for the State of Maryland*

3

AARON D. FORD
Attorney General of Nevada

By: *s/ K. Brunetti Ireland*
K. BRUNETTI IRELAND
Chief of Special Litigation
Office of the Nevada Attorney
General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Attorney for the State of Nevada*

RAUL TORREZ
Attorney General of the State of New
Mexico

By: *s/ Lauren Perry*
LAUREN PERRY
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 270-4332
lperry@nmdoj.gov

*Attorney for the State of New Mexico*

JEFF JACKSON
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

By: *s/ Daniel P. Mosteller*
DANIEL P. MOSTELLER
Associate Deputy Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-6026
dmosteller@ncdoj.gov

*Attorney for State of North Carolina*

JOSHUA L. KAUL
Attorney General of Wisconsin

By: *s/ Aaron J. Bibb*
AARON J. BIBB
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0810
aaron.bibb@wisdoj.gov

*Attorney for State of Wisconsin*

## CERTIFICATE OF COMPLIANCE

This stipulation complies with the type-volume limits because it contains 89 words. This stipulation also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

*/s/ Douglas C. Dreier*
DOUGLAS C. DREIER