UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF MICHIGAN; et al.,

Plaintiffs - Appellees,

v.

KRISTI NOEM, in her official capacity as
Secretary of the Department of Homeland
Security; et al.,

Defendants - Appellants.

No. 26-1107

D.C. No. 6:25-cv-02053-AP
District of Oregon,
Eugene

ORDER

Pursuant to the parties' stipulation (Docket Entry No. 20), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT